## NIEMAN v. BETHLEHEM NAT. BANK.
### No. 7431.

Circuit Court of Appeals, Third Circuit.
July 15, 1940.

Russell C. Mauch and Mauch & Goodman, all of Bethlehem, Pa., for appellant.

H. P. McFadden, of Bethlehem, Pa., for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

We agree with the conclusion reached by the district court, for the reasons satisfactorily stated in the opinion of Judge Kirkpatrick, 32 F.Supp. 436. We need only add that we see no basis for the defendant's contention that it is not liable for interest for the period during which the insolvent bank, of which the plaintiff is receiver, was trustee of the defendant estate. The stockholders' liability represented by the judgment recovered in this case was imposed for the benefit of the creditors of the bank, not of the bank itself. Dunn v. O'Connor, 67 App.D.C. 76, 89 F.2d 820. Consequently the right of the latter to interest from the due date of the assessment (Casey v. Galli, 94 U.S. 673, 24 L.Ed. 168) could not be prejudiced by the alleged neglect of the plaintiff and his predecessor in office to pay the assessment during that period.

The judgment of the district court is affirmed.